# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

|  |  |
|---|---|
| Tiffany Truong,<br><br>      Plaintiff,<br><br>v.<br><br>LVNV Funding LLC, et al,<br><br>      Defendants, | **JUDGMENT IN A CIVIL CASE**<br><br>CV 12-1700-PHX-JAT |

\_\_\_  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 XX   **Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that pursuant to the Court's Orders of January 10, 2013, and September 27, 2013, judgment is hereby entered in favor of Defendants. Plaintiffs shall take nothing by way of the Complaint. The Complaint and this action are hereby dismissed without prejudice.


  September   27,   2013          BRIAN  D.  KARTH  
Date                                       DCE/Clerk of Court

                                       .   s/  Ruth E. Williams  
                                       By      Ruth E. Williams  
                                                   Deputy Clerk